IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS T. ALEJANDRO :  CIVIL ACTION
                                         :
         v. :
                                           :
EXPERIAN, ET AL. :  NO. 22-902

## <u>ORDER</u>

**AND NOW**, this 17th  day of August, 2022, upon consideration of Defendants' Motion to Dismiss (Docket No. 6) and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.  Plaintiff may file an Amended Complaint that cures the deficiencies in the Complaint no later than September 19, 2022.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.